UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DENNIS PIOTROWSKI, | CASE NO. 21-cv-2430 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 1] |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Dennis Piotrowski seeks judicial review of the Social Security Administration Commissioner's final decision denying his application for Disability Insurance Benefits and Supplemental Security Income.[1]

On December 7, 2022, Magistrate Judge Clay filed a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision.[2] Defendant did not file an objection to the R&R.

The Federal Magistrates Act requires district courts to conduct a *de novo* review only of objected-to portions of an R&R.[3] Absent objection, district courts may adopt an R&R without review.[4] Nevertheless, the Court has reviewed the R&R and concurs in its reasoning and result.

---

[1] Doc. 1 at 1.
[2] Doc. 12 at 1.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 21-cv-2430
Gwin, J.

So, the Court **ADOPTS** Magistrate Judge Clay's R&R, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: January 18, 2021            *s/     James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE